■ MICHAEL P. COSTELLO et al., Respondents, v ALBERT ALTRO, Appellant. [658 NYS2d 1019] —Appeal by the defendant from an order of the Supreme Court, Kings County (Vaccaro, J.), dated April 17, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Vaccaro at the Supreme Court. O'Brien, J. P., Ritter, Altman and McGinity, JJ., concur.